ing the peremptory writ and dismissing the cause was not erroneous.

The judgment is affirmed.

BUFORD, C.J., AND BROWN, J., concur.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur in the opinion and judgment.

PUTNAM COUNTY, a Political subdivision of the State of Florida, *Plaintiff in Error*, v. A. H. ODOM, *Defendant in Error*.

Decision filed March 11, 1931.

*C. S. Green*, for Plaintiff in Error;

*Hilburn & Merryday*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment. It is therefore considered, ordered, and decreed by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

PUTNAM COUNTY, a Political Subdivision of the State of Florida, *Plaintiff in Error*, v. A. H. ODOM, *Defendant in Error*.

Assumpsit $6,500.00

Decision filed March 11, 1931.

*C. S. Green,* for Plaintiff in Error;

*Hilburn & Merryday,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment. It is therefore considered, ordered, and decreed by the Court that the said judgment of the circuit court be, and the same is hereby, affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

H. L. HERR, *Plaintiff in Error,* vs. ANNIE M. BUTLER, joined by her husband, JOSEPH C. BUTLER, *Defendants in Error.*

Division B.

Opinion filed March 12, 1931.

Petition for rehearing denied April 17, 1931.